U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

JUN 24 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| THEODORE M. HARRIS | CIVIL ACTION 15-437 |
| VERSUS | JUDGE HAIK |
| ANTHONY SALEME, JR, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation. After full consideration of the record, including the absence of objections, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

It is hereby **ORDERED** that the plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. section 1915 and 1915A.

THUS DONE and SIGNED on this 23rd day of June, 2015.

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA